JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIZA W., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ANDREW M. SAUL,<br>Commissioner of Social Security, <br><br>　　　　Defendant. | Case No. CV 20-09189-JEM <br><br>**JUDGMENT** |

　　In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security filed concurrently herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this case REMANDED for further proceedings in accordance with the Memorandum Opinion and Order and with law.

DATED: July 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John E. McDermott
　　　　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE